**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re:<br><br>MARTINE L. GARNER,<br><br>Debtor. | Case No. 26-10154-BFK<br>Chapter 13 |

**ORDER DENYING DEBTOR'S MOTION TO SHORTEN TIME**

The Court has before it, the Debtor's Motion to Shorten Time (Docket No. 71) in connection with the Debtor's Motion to Approve Short Sale of Real Estate (Docket No. 70).

Local Bankruptcy Rule 9013-1(H) requires the movant to certify that the need for an emergency hearing was not created through a lack of diligence. The motion before the Court contains no such certification. Further, the Court notes that Motion to Approve the Sale represents that the Debtor entered into the contract in March and their case was not converted until June 11, 2026.

For these reasons, the Court will deny the motion to shorten time, and the movant shall notice the Motion for a hearing in the ordinary course on one of the Court's regularly scheduled motions days. It is hereby

**ORDERED**:

1. The Debtor's Motion to Shorten Time (Docket No. 71) is **DENIED.**

2. The Movant shall set the Motion to Approve Short Sale of Real Estate in the ordinary course.

3. The Clerk will mail a copy of this Order, or give CM-ECF notice of its entry, to the parties listed below.

Date: Aug 22 2026

/s/ Brian F Kenney

HONORABLE BRIAN F. KENNEY
CHIEF U.S. BANKRUPTCY JUDGE

Alexandria, Virginia

Entered On Docket: Aug 24 2026

Copies to:

Martine L. Garner
155 Tyson Court
Fredericksburg, VA 22406
*Chapter 13 Debtor*

Suad Bektic
New Day Legal
8500 Mayland Drive
First Floor
Richmond, VA 23294
*Counsel to Chapter 13 Debtor*

Kevin R. McCarthy
McCarthy & White, PLLC
8508 Rehoboth Ct.
Vienna, VA 22182
*Chapter 7 Trustee*

Matthew W. Cheney
1725 Duke Street
Suite 650
Alexandria, VA 22314
*U.S. Trustee*